John AINSWORTH and James Dillick,
Plaintiffs-Respondents,

v.

Gary C. WRIGHT, Defendant-Appellant.

No. 49040.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 25, 1985.

Edward C. Vancil, Clayton, for defendant-appellant.

Gary W. Kullmann, St. Louis, for plaintiffs-respondents.

ORDER

PER CURIAM:

Judgment of the trial court is affirmed. Plaintiff's motion for frivolous appeal is denied. Rule 84.16(b)